**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:96cr61/RV

JOHNNIE C. REED

**REFERRAL AND ORDER**

Referred to Judge Vinson on  01/26/2006
Type of Motion/Pleading MOTION FOR MODIFICATION OF IMPOSED TERM, etc.
Filed by: Defendant Reed        on 1/5/06       Doc. No. 321
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
Government Motion to Dismiss    on 1/25/06     Doc. No. 322
                                on _____     Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ V. Harmon*
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   26th   day of  January  , 2006, that:

(a)   The requested relief is DENIED.

(b)   The Government's Motion to Dismiss the defendant's motion is Granted.

*/s/ Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.