UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   Case Nos.   3:96cr61/RV/CJK
                3:12cv293/RV/CJK

JOHNNIE CHARLES REED
_____/

ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 30, 2014 (doc. 359). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's amended motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 346) is **DISMISSED**, as this court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 31st day of October, 2014.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**